**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>OWH SE i.L.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery for Use in a Foreign Proceeding | No. 3:26-mc-20 (BKS/CBF) |

**APPLICATION OF OWH SE i.L. FOR AN ORDER AUTHORIZING DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Applicant OWH SE i.L. ("OWH") respectfully submits this application for an order authorizing discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. This application is supported by a memorandum of law; declarations of Ahmed Durrani, Ardak Idayatova, Meike Von Levetzow, and Jackson Myers; and the exhibits thereto. Two proposed subpoenas and a proposed order granting the application are attached.

As explained in the accompanying materials, OWH is owed nearly $250 million by Rusal, a Russian minerals company, pursuant to a series of arbitral awards. In the course of seeking to enforce those awards, OWH discovered numerous transactions by Rusal and its subsidiaries that appear to have been intended to shield Rusal's assets from OWH's enforcement efforts. OWH has since sued Rusal entities over those transactions in the Astana International Financial Centre in Kazakhstan ("AIFC") and the Qatar Financial Centre ("QFC"). Those actions turn in part on the details of the transactions in question, as well as on Rusal's intent in undertaking them.

OWH now seeks this Court's assistance pursuant to 28 U.S.C. § 1782 to obtain documents and testimony relevant to those foreign proceedings. OWH applies to this Court for permission to serve a subpoena *duces tecum* and a subpoena *ad testificandum*, in substantially the form attached,

on Kevin E. Parker, a member of the Board of Directors of Rusal who resides in this District. OWH seeks testimony and documents in Mr. Parker's possession, custody, or control concerning the transactions directly at issue in the AIFC and QFC proceedings and concerning Rusal's intent in undertaking them. As explained in the memorandum of law, OWH's application satisfies the statutory requirements of § 1782, and the discretionary factors weigh strongly in favor of relief. The Court should therefore grant the application and authorize OWH to serve the proposed subpoenas on Mr. Parker.

Dated: May 18, 2026

Respectfully submitted,

/s/ Sara Tofighbakhsh

Sara Tofighbakhsh
NDNY Bar No. 707349
MOLO LAMKEN LLP
430 Park Avenue
New York, NY 10022
(212) 607-8160
stofighbakhsh@mololamken.com

Robert K. Kry (*pro hac vice* forthcoming)
Jackson A. Myers (*pro hac vice* forthcoming)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000
rkry@mololamken.com
jmyers@mololamken.com

Sofia Debbiche (*pro hac vice* forthcoming)
MOLO LAMKEN LLP
300 North LaSalle Street, Ste. 5350
Chicago, IL 60654
(312) 450-6700
sdebbiche@mololamken.com

*Counsel for Applicant OWH SE i.L.*